JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNION & DEVILLE FINE HOMES, INC., a California corporation, BENNION & DEVILLE FINE HOMES SOCAL, INC., a California corporation, WINDERMERE SERVICES SOUTHERN CALIFORNIA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WINDERMERE REAL ESTATE SERVICES COMPANY, a Washington corporation; and DOES 1-10<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:15-CV-01921-DFM<br><br>Hon. Douglas F. McCormick<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Following the July 26, 2018 Jury Verdict, IT IS HEREBY ORDERED that:

Judgment be entered in favor of Defendant Windermere Real Estate Services Company and against Plaintiffs Bennion & Deville Fine Homes, Inc., Bennion & Deville Fine Homes SoCal, Inc., and Windermere Services Southern California, Inc. on all claims asserted in the First Amended Complaint.

Judgment be entered in favor of Counter-Claimant Windermere Real Estate Services Company on the claims asserted in the First Amended Counter Claim as follows:

Windermere Real Estate Services Company shall have and recover from Bennion & Deville Fine Homes, Inc. ("B&D Fine Homes") the sum of One Million, Two Hundred Sixty-Four Thousand, Five Hundred Fifty-Five and 32/100 Dollars ($1,264,555.32);

Windermere Real Estate Services Company shall have and recover from Bennion & Deville Fine Homes SoCal, Inc. ("B&D Fine Homes SoCal") the sum of Three Hundred Ten Thousand, Two Hundred Thirty-Four and 98/100 Dollars ($310,234.98);

Of the amounts owed by B&D Fine Homes and B&D Fine Homes SoCal, Robert L. Bennion and Joseph R. Deville are each jointly and severally liable for Five Hundred Forty-Seven Thousand, Six Hundred Nineteen and 56/100 Dollars ($547,619.56); and

[Remainder of page intentionally left blank.]

Post-judgment interest on the total amount of the judgment shall accrue pursuant to 28 U.S.C. section 1961(a), from the date on which final judgment is entered until paid in full.

**IT IS SO ORDERED.**

DATED: August 15, 2018

_____
Hon. Douglas F. McCormick
United States Magistrate Judge