# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BENNION & DEVILLE FINE HOMES, INC., a California corporation, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WINDERMERE REAL ESTATE SERVICES COMPANY, a Washington corporation,<br><br>Defendant,<br><br>AND RELATED COUNTERCLAIMS | Case No. ED CV 15-01921-DFM<br><br>AMENDED JUDGMENT |

Following the July 26, 2018 Jury Verdict (Dkt. 218) and the Court's January 15, 2019 Order re: Post-Trial Motions (Dkt. 263), IT IS HEREBY ORDERED that:

Judgment be entered in favor of Defendant Windermere Real Estate Services Company and against Plaintiffs Bennion & Deville Fine Homes, Inc., Bennion & Deville Fine Homes SoCal, Inc., and Windermere Services Southern California, Inc., on all claims asserted in the First Amended Complaint.

Judgment be entered in favor of Counter-Claimant Windermere Real Estate Services Company on the claims asserted in the First Amended Counter Claim as follows:

Windermere Real Estate Services Company shall have and recover from Bennion & Deville Fine Homes, Inc. ("B&D Fine Homes") the sum of One Million, Two Hundred Sixty-Four Thousand, Five Hundred Fifty-Five and 32/100 Dollars ($1,264,555.32);

Windermere Real Estate Services Company shall have and recover from Bennion & Deville Fine Homes SoCal, Inc. ("B&D Fine Homes SoCal") the sum of Three Hundred Ten Thousand, Two Hundred Thirty-Four and 98/100 Dollars ($310,234.98);

Of the amounts owed by B&D Fine Homes and B&D Fine Homes SoCal as set forth above, Robert L. Bennion and Joseph R. Deville are each jointly and severally liable for One Million, Ninety-Five Thousand, Two Hundred Thirty-Nine and 13/100 Dollars ($1,095,239.13);

As the prevailing party, Windermere Real Estate Services Company shall have and recover from Bennion & Deville Fine Homes, Inc., Bennion & Deville Fine Homes SoCal, Inc., Robert L. Bennion, and Joseph R. Deville, jointly and severally, attorneys' fees in the sum of Eight Hundred Thousand, Five Hundred and Twenty-Two Dollars ($800,522.00);

As the prevailing party, Windermere Real Estate Services Company shall have and recover from Bennion & Deville Fine Homes, Inc., Bennion & Deville Fine Homes SoCal, Inc., Robert L. Bennion, and Joseph R. Deville, jointly and severally, additional costs awarded by the Court in the sum of

Thirty-Three Thousand, Three Hundred and Ninety-Eight and 27/100 Dollars ($33,398.27);[1]

As the prevailing party, Windermere Real Estate Services Company shall have and recover from Bennion & Deville Fine Homes, Inc., Bennion & Deville Fine Homes SoCal, Inc., Robert L. Bennion, and Joseph R. Deville, jointly and severally, costs in the amount to be taxed by the clerk with reference to the Application to the Clerk to Tax Costs filed on August 29, 2018 (Dkt. 226); and

Post-judgment interest in the amount of 2.44% per annum shall continue to accrue on the total amount of the judgment pursuant to 28 U.S.C. § 1961(a) until the judgment is paid in full. Interest will accrue on the attorneys' fees and costs set forth above from the date of entry of this Amended Judgment. Interest will accrue on the remainder of this judgment from August 15, 2018, the date on which judgment was initially entered.

IT IS SO ORDERED.

Date: February 26, 2019

DOUGLAS F. McCORMICK
United States Magistrate Judge

---

[1] The reference to "$33,498.27" in costs on page 27 of Dkt. 263 is an error. The correct amount of costs awarded is $33,398.27. See Dkt. 263 at 9.